UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| Justin Chaisson, | : |
| Plaintiff, | : Civil Action No.: 2:12-cv-01809-PM-KK |
| v. | : |
| Medical Data Systems, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
**PURSUANT TO RULE 41(a)**

Justin Chaisson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 1, 2013

Respectfully submitted,

By: _/s/ Kenneth D. McLean_____
Kenneth D. McLean, Esq. (LSB No. 30190)
THE McLEAN LAW FIRM, LLC
P.O. Box 38161
Germantown, TN 38183-0161
Telephone: (901) 326-6888
Facsimile: (901) 531-8102
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 1, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By */s/ Kenneth D. McLean*
                Kenneth D. McLean, Esq.